(112 So. 810)

### BENTLEY v. STATE. (7 Div. 271.)

Court of Appeals of Alabama. April 12, 1927.
Rehearing Denied May 10, 1927.

Hugh Walker, of Anniston, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

Brief of counsel did not reach the Reporter.

SAMFORD, J. The two charges refused by the court and insisted upon as error have been condemned by the Supreme Court in Edwards v. State, 205 Ala. 160, 87 So. 179.

There was no request for the general charge or motion for a new trial. We cannot therefore pass upon the insistence, made in appellant's brief, that the defendant was entitled to his discharge on account of the insufficiency of the evidence.

We find no error in the record, and the judgment is affirmed.

Affirmed.